UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | § | CRIMINAL DOCKET |
| --- | --- | --- |
|  | § |  |
| v. | § | NO. 14-117 |
|  | § |  |
| JOSEPH F. GAGLIANO | § | SECTION: "L" |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice*,

**IT IS HEREBY ORDERED** that Paul Saputo Jr. is hereby admitted to practice before this Court, *pro hac vice*, solely as counsel for Joseph F. Gagliano in the above-captioned matter.

This 8th day of September, 2014, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

___Fee _____
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc No._____